ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Ecology Mir Group, LLC | ) ASBCA No. 63459 |
| | ) |
| Under Contract No. W912EE-21-P-0051 | ) |

APPEARANCE FOR THE APPELLANT:     Christopher R. Tate, Esq.
      Flora Pettit, PC
      Charlottesville, VA

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
      Engineer Chief Trial Attorney
    James E. Pigott, Esq.
      Engineer Trial Attorney
      U.S. Army Engineer District, Vicksburg

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 14, 2022

LAURA EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63459, Appeal of Ecology Mir Group, LLC, rendered in conformance with the Board's Charter.

Dated: April 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals